THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-183RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| ALTOR HOLLINGSWORTH, | |
| Defendant. | |

This matter has come before the Court on Altor Hollingsworth's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Altor Hollingsworth's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 31st day of July, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Altor Hollingsworth

ORDER FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Altor Hollingsworth*; CR11-183RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**